Circuit Court for Prince George's County
Case No. CAE-13-23282
Argued: September 10, 2014

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 33

September Term, 2013

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

THOMAS WESLEY FELDER, II

Harrell
Battaglia
Greene
Adkins
McDonald
Watts
Raker, Irma S. (Retired, specially
assigned)
                    JJ.

PER CURIAM ORDER

Filed: September 11, 2014

ATTORNEY GRIEVANCE          \*     **In the**
COMMISSION OF MARYLAND

                                       \*     **Court of Appeals**

          v.                  \*     **of Maryland**

                                       \*     **Misc. Docket AG No. 33**

THOMAS WESLEY FELDER, II

                                       \*     **September Term, 2013**

### PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 11th day September, 2014,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Thomas Wesley Felder, II, be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Thomas Wesley Felder, II from the register of attorneys, and pursuant to Maryland Rule 16-760(e), shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 16-761(b), for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Thomas Wesley Felder, II.

                                  /s/ Glenn T. Harrell
                                  Senior Judge